IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-51053

In The Matter Of: JESSE A. CALVILLO,

Debtor

JOHN PATRICK LOWE,

Appellant,

versus

B R B ENTERPRISES, LTD.;
B G B CONSTRUCTION, INC.;
LA FLAMA, LLP,

Appellees.

Appeal from the United States District Court
For the Western District of Texas
(SA-99-CV-205-OG)

June 6, 2001

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reasons stated by the court below.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.